No. 71–6376.  BUSH *v.* FOSTER ET AL.  C. A. 3d Cir. Certiorari denied.

No. 71–6378.  ROBINSON *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 71–6379.  LUNDBERG *v.* BUCHKOE, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 71–6381.  CAMPBELL *v.* GEORGIA.  C. A. 5th Cir. Certiorari denied.

No. 71–6386.  MELILLO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–6388.  ROPER *v.* BETO, CORRECTIONS DIRECTOR. C. A. 5th Cir.  Certiorari denied.

No. 71–6389.  SHINDLER *v.* PENNSYLVANIA.  Super. Ct. Pa.  Certiorari denied.

No. 71–6395.  DELANY *v.* MISSOURI.  Sup. Ct. Mo. Certiorari denied.

No. 71–6397.  RIVERA *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 71–6400.  NASH *v.* AMERADA HESS CORP. ET AL. C. A. 5th Cir.  Certiorari denied.

No. 71–1146.  POETA *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–6409.  HAINING *v.* ROBERTS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 71–1147.  FORD MOTOR CO. *v.* ELLIPSE CORP.  C. A. 7th Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.